HICHAM AZKOUR    93 PITT STREET, APT. 3B, NEW YORK    NEW YORK  10002

Hon. Loretta A. Preska,
Chief District Judge
Courtroom 12A
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



September 18, 2013

Via facsimile No.: (212) 805-7941.

Re: <u>1:13-cv-05878-UA - *Azkour v. Bowery Residents Committee, Inc., et al.*</u>

Dear Judge Preska:

On August 20, 2013, the above-referenced matter was filed with this District. To this day, the case has not been assigned to any judge. Therefore, I respectfully request that this Court assign this case to a judge at Your Honor's earliest convenience.

Thank you for your consideration of this matter.

Respectfully submitted,

HICHAM AZKOUR, pro se