# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
630 THIRD AVENUE, 3RD FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL:   (212) 447-4642
E-MAIL:   Shalber@rubinfiorella.com

June 13, 2014

*Via ECF-Filing*

The Honorable Thomas P. Griesa,
United States District Judge
Courtroom 26B
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Azkour Hicham v. BRC Bowery Residents' Committee, Inc., Lawrence a/k/a Muzzy Rosenblatt; Janet Forte, Kevin Martin, Tereen Lleweleyn-Miller, Angela Kedzior, John Doe 1-5 and Jane Doe 1-5
Civil Action No. 13:CV 5878 (TPG)
Letter Re Retirement of Counsel

Dear Judge Griesa:

As you may be aware, this office represents defendants, BRC Bowery Residents' Committee, Inc. ("BRC"), Lawrence a/k/a Muzzy Rosenblatt; Janet Forte, Kevin Martin, Tereen Lleweleyn-Miller and Angela Kedzior (collectively referred to as the "BRC Defendants"), relative to the above-referenced matter.

Please be advised that as of this date, June 13, 2014, I am retiring from the law firm of Rubin, Fiorella & Friedman LLP. Please remove my appearance from the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

Shelley R. Halber