UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HICHAM AZKOUR

                              Plaintiff,

          v.

BOWERY RESIDENTS
COMMITTEE, INC., LAWRENCE
a/k/a MUZZY ROSENBLATT,
JANET FORTE, KEVIN MARTIN,
TEREEN LLEWELYN-MILLER,
ANGELA KEDZIOR, JOHN DOE 1-5,
AND JANE DOE 1-5,

                              Defendants.

No. 13-cv-5878


**OPINION**

On May 9, 2016, the Second Circuit issued a mandate in the above-captioned matter for this court to grant plaintiff leave to file an amended complaint on certain of his claims.  In particular, the Second Circuit instructed this court to allow plaintiff to amend his complaint as to his claims under 42 U.S.C. § 1981 and the Fair Housing Act.   See Azkour v. Bowery Residents' Comm., Inc., No. 15-887, slip op. at 3 (2d Cir. May 9, 2016) (remanding for purposes of granting plaintiff leave to re-plead on claims under 42 U.S.C. § 1981 and the Fair Housing Act, but not to re-plead claims under 42 U.S.C. §§ 1983, 1985–86, or 2000d).

1

The court therefore reverses in part its opinion of March 23, 2015 and judgment of March 25, 2015 and grants leave for plaintiff to amend his complaint as to his claims under 42 U.S.C. § 1981 and the Fair Housing Act.

The Clerk of the Court is directed to reopen this case.

SO ORDERED.

Dated: New York, New York
       May 9, 2016

Thomas P. Griesa
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/16

2