UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HICHAM AZKOUR<br>               Plaintiff,<br>v.<br>BOWERY RESIDENTS COMMITTEE, INC., LAWRENCE a/k/a MUZZY ROSENBLATT, JANET FORTE, KEVIN MARTIN, TEREEN LLEWELYN-MILLER, ANGELA KEDZIOR, JOHN DOE 1-5, AND JANE DOE 1-5,<br>               Defendants. | No. 13-cv-5878<br><br>**OPINION** |

Defense counsel has sought an additional thirty days with which to respond to pro se plaintiff Hicham Azkour's letter motion to compel, which in part requests that defendants ascertain the identities of, and turn over information relating to the John Doe and Jane Doe defendants in this case. ECF Nos. 68, 71. Azkour has consented to defendants' request. ECF No. 70. Defendants therefore have until July 21, 2016 to respond to Azkour's letter motion to compel.

In addition, on May 9, 2016, this court granted Azkour leave to amend his complaint as to his claims under 42 U.S.C. § 1981 and the Fair Housing Act. ECF No. 67. Plaintiff has not amended his complaint to date, and the court notes

1

that it is not necessary to ascertain the names and addresses of John Does 1-5 and Jane Does 1-5 before doing so. Accordingly, Azkour is directed to file his amended complaint within thirty days of this order, no later than July 21, 2016. In the event that defendants are ultimately able to assist Azkour in identifying the unnamed defendants in the complaint, plaintiff may request leave of the court to further amend his complaint to identify the John and Jane Doe defendants with their proper names.

SO ORDERED.

Dated: New York, New York
June 21, 2016

Thomas P. Griesa
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2016

2