UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| **Hicham Azkour,** *Plaintiff,* v. City of New York, New York Police Department, New York Police Department Officers 1 to 20, Detective Yuriy Posternak, Detective Luis Torres, Sergeant Philip Sansone, Special Investigator Patrick Cahill, Sergeant Gaglione, Officer Hugues, Civilian Complaint Review Board, Bowery Residents' Committee, Inc., Lawrence Rosenblatt a/k/a Muzzy Rosenblatt, Janet Forte, Tereen Llewelyn-Miller, Kevin Martin, Kristin Shilson, Kimberly Penater a/k/a Kimberly Swedenberg, Sadiqua Khabir, Angela Kedzior, Abby Stuthers, Krystina de Jacq, Mary Gray, Brittany Nicholson, Jason Thomas, Todd Kelly, John Does 1 to 5, Jane Does 1 to 5, Pitt Street/HDFC, Rubin, Fiorella & Friedman LLP, *Defendants.* | Civil Action No. <u>1:13-cv-05878-TPG</u><br><br>**Jury Trial Demanded** |

**PLAINTIFF'S REQUEST FOR CORPORATE DISCLOSURE
STATEMENT AND WAIVER OF ATTORNEY-CLIENT PRIVILEGE
AS TO DEFENDANT PITT STREET HOUSING DEVELOPMENT
FUND CORPORATION**

*Pro se* Plaintiff HICHAM AZKOUR ("Plaintiff") informs this Court that *pro se* Law Firm Defendants did not file a corporate disclosure statement on behalf of Defendant Pitt Street Housing Development Fund Corporation pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure.

The Law Firm Defendants are required by Rule 7.1(b)(1) of said rules to file a corporate disclosure statement "with its first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b)(1).

Moreover, Plaintiff respectfully requests that the *pro se* Law Firm Defendants file a proper waiver of attorney-client privilege as to the above-named corporate entity, which is Plaintiff's landlord. This Court is reminded that *pro se* Law Firm Defendants have so far failed to file the required and *legally admissible* waiver as to all other BRC Defendants.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

1.  Order Defendant Pitt Street Housing Development Fund Corporation to submit its corporate disclosure statement

pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure; and

2. Order The Law Firm Defendants to file a proper waiver of attorney-client privilege as to Defendant Pitt Street Housing Development Fund Corporation and the remaining BRC Defendants.

Respectfully submitted on October 3th, 2016,

By:   Hicham Azkour, *pro se*
_____

