**Paul Kovner**

| | |
|---|---|
| **From:** | Kenneth Fiorella |
| **Sent:** | Monday, September 19, 2016 9:19 AM |
| **To:** | Paul Kovner |
| **Subject:** | FW: 4366864 - Bowery / Hicham Azkour |
| **Attachments:** | AzkourFirst Amended Complaint.pdf |

**From:** Kenneth Fiorella
**Sent:** Tuesday, September 06, 2016 2:06 PM
**To:** Michael.Adams@everestre.com
**Cc:** Auletta, Anthony (Anthony.Auletta@yorkrsg.com); dalpert@brc.org
**Subject:** 4366864 - Bowery / Hicham Azkour

Mike

As we recently advised, the pro se plaintiff in this matter has filed an amended complaint that names numerous additional parties, including our firm as defendant. The amended pleadings were served following a decision entered by the Second Circuit Court of Appeals. Attached is a copy of the amended complaint for your reference.

In connection therewith, plaintiff has also filed a motion to disqualify our firm as counsel as we are now a defendant in the action.

This will confirm that Everest has no objection to our continuing to represent Bowery Residence Committee Inc. ("BRC"), any named BRC employees and our firm. By copy to Debi Alpert of BRC, we are separately confirming her agreement to the foregoing. Please note that we are going to use this email as an Exhibit to our opposition to the motion. Please also note that we will separately be addressing the merits of the amendment.

If you have any questions, please do not hesitate to contact the undersigned.

Kenneth S. Fiorella, Esq.



**Rubin, Fiorella & Friedman** LLP
COUNSELORS AT LAW

630 Third Avenue, 3rd Floor
New York, New York 10017
Phone: (212) 953-2381
Direct: (212) 447-4610
Fax: (212) 953-2462
Email: KFiorella@rubinfiorella.com