# RUBIN, FIORELLA & FRIEDMAN LLP

### ATTORNEYS AT LAW
630 THIRD AVENUE, 3RD FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4604
E-MAIL:  Pkovner@rubinfiorella.com

October 11, 2016

**VIA ECF Filing**
Hon. Thomas P. Griesa
United States District Judge
Courtroom 26B
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Hicham Azkour v. Bowery Residents' Committee, Inc. et al.*
       Docket No. 13-CV-5878 (TPG)

Dear Judge Griesa:

  We represent defendants , Bowery Residents' Committee, Inc. ("BRC"), Lawrence Rosenblatt A/k/a Muzzy Rosenblatt, Janet Forte, Tereen Llewelyn-miller, Kevin Martin, Kristin Shilson, Kimberly Penater a/k/a Kimberly Swedenberg, Sadiqua Khabir, Angela Kedzior, Abby Stuthers, Krystina de Jacq, Jason Thomas, Todd Kelly, Pitt Street/HDFC (collectively with BRC, the "BRC Defendants"), and Rubin, Fiorella & Friedman LLP ("RFF")(the "BRC Defendants") in the above-referenced matter.

  Defendants' reply papers in connection with the motion to dismiss or for summary judgment are due October 14, 2016.  Also pending is plaintiff's motion for reconsideration of Your Honor's Order striking the second amended complaint.  Defendants intend to file their opposition to plaintiff's motion on October 20, 2016.  Plaintiff's reply papers are due on October 27, 2016.

  We believe Your Honor was correct to strike the second amended complaint.  However, if Your Honor decides to permit the second amended complaint, that would render the defendants' motion to dismiss moot.  Accordingly, we respectfully request an extension of time to file reply papers until fourteen days after Your Honor issues a ruling on plaintiff's motion for reconsideration. Otherwise, the defendants will have to spend considerable time and incur substantial legal fees preparing their reply papers on a motion which may become moot.

  Thank you for your courtesy.

          Respectfully,

          Paul Kovner

PK/ld
cc: **VIA ECF Filing**
  *Pro Se* Plaintiff, Hicham Azkour