| | |
|---|---|
| Hon. Thomas P. Griesa, U.S.D.J. | HICHAM AZKOUR |
| Daniel Patrick Moynihan | 93 Pitt Street, |
| United States Courthouse | Apt. 3B |
| Courtroom 26B | New York, NY 10002 |
| 500 Pearl St. | |
| New York, NY 10007-1312 | |

Telephone: (917) 859-6550

Email: hicham.azkour@gmail.com

October 11, 2016

**Via ECF**

**Re:** *Azkour v. BRC, et al.*, <u>13-CV- 5878 (TPG)</u>

Dear Judge Griesa:

In response to the letter dated October 11, 2016 submitted by the Law Firm Defendants and the BRC Defendants, *see* <u>Docket Entry No. 107</u>, requesting time extension to file a reply to Plaintiff's opposition to their motion to dismiss and a response to his motion for reconsideration, **Plaintiff respectfully requests that the Court deny their request and reconsider its Order at <u>Docket Entry No. 102.</u>**

As asserted in a prior submission, should the Court deny Plaintiff's motion for reconsideration, *see* <u>Docket Entry No. 103</u>, Plaintiff will, pursuant to 28 U.S.C. § 1651(a), petition the U.S. Court of Appeals for the Second Circuit to resolve the following questions:

1. May a district court deny a *pro se* plaintiff his absolute right to amend his pleading *once as a matter of course* pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure when (1) this district court dismissed his original complaint with prejudice; (2) an appellate court reviewed the dismissal judgment and remanded the matter with instructions to grant Plaintiff leave to amend his complaint pursuant to

1

Rule 15(a)(2) of the Federal Rules of Civil Procedure; (3) the plaintiff has not exhausted or waived his right to once amend his pleading as a matter of course?

2. May a district court allow attorneys, who are being concurrently sued with their clients, to continue representing those clients without first submitting an informed written consent from each client authorizing representation after being informed of a potential conflict of interest?

**WHEREFORE**, Plaintiff respectfully requests that the Court:

1. Reconsider its Order, Docket Entry No. 102, denying Plaintiff's right to amend his First Amended Complaint once as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) ;
2. Deny the Law Firm Defendants' and the BRC Defendants' request for time extension;
3. Reinstate Plaintiff's Second Amended Complaint to the docket;
4. Order the BRC Defendants to file informed written consents in the form of affidavits or declarations; and
5. Deny their motion to dismiss Plaintiff's First Amended Complaint as moot.

Respectfully submitted,

Hicham Azkour, *pro se*

