UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



HICHAM AZKOUR
                Plaintiff,

v.

BOWERY RESIDENTS
COMMITTEE, INC., LAWRENCE
a/k/a MUZZY ROSENBLATT,
JANET FORTE, KEVIN MARTIN,
TEREEN LLEWELYN-MILLER,
ANGELA KEDZIOR, JOHN DOE 1-5,
AND JANE DOE 1-5,
                Defendants.

No. 13-cv-5878 (TPG)

**ORDER**

    Defendants, Bowery Residents' Committee, Inc. ("BRC"), Lawrence Rosenblatt a/k/a Muzzy Rosenblatt, Janet Forte, Tereen Llewelyn-Miller, Kevin Martin, Kristin Shilson, Kimberly Penater a/k/a Kimberly Swedenberg, Sadiqua Khabir, Angela Kedzior, Abby Stuthers, Krystina de Jacq, Jason Thomas, Todd Kelly, Pitt Street/HDFC (collectively, the "BRC Defendants"), and Rubin, Fiorella & Friedman LLP ("RFF") filed a letter requesting an extension of time to file reply papers in connection with their pending motion to dismiss. ECF No. 107.

    The Court hereby grants the BRC Defendants' and RFF's request. The BRC Defendants and RFF shall file their reply papers, if any, in connection with their pending motion to dismiss within fourteen days of the Court's decision on plaintiff's pending motions for reconsideration.

1

SO ORDERED.

Dated: New York, New York
       October 12, 2016

                                                       Thomas P. Griesa
                                                       United States District Judge