

**POLICE DEPARTMENT**

New York City Police Department
Intelligence Bureau Investigations Unit

December 1, 2016
IAB Log #15-39297

Hicham Azkour
93 Pitt Street
Apartment 3B
New York, New York

Dear Mr. Azkour:

Your complaint registered with the New York City Police Department on December 17, 2015 was reviewed and investigated by the Intelligence Bureau Investigations Unit. On December 1, 2016 the investigation has been officially closed with the New York City Police Department Internal Affairs Bureau. It has been determined that the allegations of misconduct by Detectives Yuriy Posternak and Louis Torres are unfounded. The detectives were duly assigned to investigate a lead called in to the NYC SAFE Hotline. In light of the aforementioned, the detectives' actions were in accordance with department guidelines with no finding of misconduct.

Complaints of misconduct and corruption are of great and immediate concern to this Department. Your interest in this matter and reporting of this incident is greatly appreciated.

Sincerely,

Sergeant Philip Sansone
Sergeant
New York City Police Department
Intelligence Bureau
Investigations Unit
Phone: 718-765-4488
Email: philip.sansone@nypd.org

COURTESY • PROFESSIONALISM • RESPECT
Website: http://nyc.gov/nypd

PD 158-151 (Rev. 4-01)-Pent