The Hon. Thomas P. Griesa, U.S.D.J.   Hicham Azkour
Daniel Patrick Moynihan                         93 Pitt Street
United States Courthouse                      Apt 3B
Courtroom 26B                                       New York New York 10002
500 Pearl Street
New York, NY 10007

(917) 859-6555
hicham.azkour@gmail.com

January 30, 2017

Via ECF

Re: *Azkour v. BRC, et al.*, 13-cv-5878-TPG

Dear Judge Griesa:

On January 26, 2017, the City Defendants filed a third request seeking time extension to answer or otherwise respond to Plaintiff's First Amended Complaint. *See* Docket Entry No. 142.

Plaintiff opposes their request and considers this pattern of requesting time extensions abusive and dilatory.

Plaintiff respectfully requests that the Court deny the City Defendants' request and serve them with a notice for a default judgment hearing pursuant to Fed. R. Civ. P. 55(b)(2).

Plaintiff also requests that this Court allow him to amend his First Amended Complaint once as a matter of right pursuant to Fed. R. Civ. P. 15(a)(1)(B). This Court's decision to deny him amendment once as a matter of right is not permissible. Except for this Court, all courts in the Second Circuit comply with Fed. R. Civ. P. 15(a)(1)(B). *See* the decisions attached hereto.

1

**WHEREFORE**, Plaintiff respectfully requests that the Court:

1. Deny the City Defendants' third request for time extension;

2. Serve the City Defendants' with a default judgment notice pursuant to Fed. R. Civ. P. 55(b)(2); and

3. Allow Plaintiff to amend his First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B).

Respectfully submitted,

Hicham Azkour, *pro se*

